# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. THYMES, LUVENIA DONALSON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME, INC., a Corporation, ROBERT LOW, an individual, KEVIN FRENCH, an individual, RAYNARD GAITHIER, THE RAWLINGS COMPANY, LLC, a Corporation, KAISER FOUNDATION HEALTH PLAN, INC., a Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02725-JAK-(JCx)<br><br>**JUDGMENT**<br><br>**JS-6** |

On June 4, 2019, this Court issued an order in the above-captioned matter, as follows:

1. The motion by defendants New Prime, Inc., Robert Low and Kevin French to dismiss the entirety of plaintiffs' second amended complaint was granted without leave to amend for lack of subject matter jurisdiction.

2. The motion by defendants The Rawlings Company, LLC and Kaiser Foundation Health Plan, Inc. to dismiss plaintiffs' second amended complaint was granted without leave to amend for lack of subject matter jurisdiction.

1

Consequently, the following motions became moot:

1. Plaintiffs' request to enter default and default judgment against defendant Raynard Gaithier.

2. Plaintiffs' motion for order to issue arrest warrants against Robert Low, Kevin French and Raynard Gaithier.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants, New Prime, Inc., dba Prime, Inc., Robert Low, Kevin French, The Rawlings Company, LLC and Kaiser Foundation Health Plan, Inc and against plaintiffs, John A. Thymes and Luvenia Donalson, that plaintiffs John A. Thymes and Luvenia Donalson recover nothing on their second amended complaint in this action, that the action be dismissed without prejudice, and that defendants New Prime, Inc., dba Prime, Inc., Robert Low, Kevin French, The Rawlings Company, LLC and Kaiser Foundation Health Plan, Inc. may apply to seek an award of costs against plaintiffs pursuant to 28 U.S.C. § 1919.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE