FILED

2019 SEP 30 PM 1:34

Name JOHN A. THYMES, et al.
Address 2405 South Corning Street, #20
City, State, Zip Los Angeles, CA 90034
Phone (562) 650-5333
Fax
E-Mail

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN A. THYMES, et al. PLAINTIFF(S), | CASE NUMBER: 2:18-cv-02725 -JAK-JC |
| v. | |
| PRIME. INC., et al. DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that JOHN A. THYMES, et al. (*Name of Appellant*) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☒ Other (specify):
ENTIRE CASE (SEE ATTACHED)

Imposed or Filed on July 27, 2018. Entered on the docket in this action on DOC # 40.

A copy of said judgment or order is attached hereto.

September 30, 2019
Date

John A Thymes Et al
Signature
☒ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JOHN A. THYMES
LUVENIA DONALSON
2405 Corning Street, #20
Los Angeles, CA 90034
(562) 650-5333

PLAINTIFFS

IN PROPRIA PERSONA

**Original**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN A. THYMES, LUVENIA DONALSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW PRIME INC., a Corporation dba PRIME INC. in its corporate capacity, PRIME INC. a Corporation dba PRIME INC. in its corporate capacity, ROBERT LOW in his individual and official capacity, KEVIN FRENCH in his individual and official capacity, RAYNARD GAITHIER in his individual and official capacity, THE RAWLINGS COMPANY, LLC, in its corporate capacity, KAISER FOUNDATION HEALTH PLAN INC. in its corporate capacity, and DOES 1 thru 10, inclusive<br><br>Defendants. | Case No.: 2:18-cv-02725-JAK-JC<br><br>**ATTACHMENT FILED CONCURRENTLY WITH NOTICE OF APPEAL** |

**PLAINTIFFS JOHN A. THYMES AND LUVENIA DONALSON'S ATTACHMENT FILED CONCURRENTLY WITH NOTICE OF APPEAL**

1. Plaintiffs John A. Thymes and Luvenia Donalson, representing themselves pro per, hereby attach the Docket they are appealing in this case. Plaintiffs are confused at Docket No. 97 as to what "judgment" was entered. Instead of a jury trial, which Plaintiffs demanded, there are many orders and

judgments done in chambers by the judge, when judges cannot weigh evidence or consider extra-judicial sources. Plaintiffs never received an Order entered and sent out by the Clerk, that was actually signed (not stamped) by the judge, and accompanied by a statement of decision.

DATED September 30, 2019

John A. Thymes

DATED September 30, 2019

Luvenia Donalson

(JCx),CLOSED,DISCOVERY,MANADR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:18-cv-02725-JAK-JC**

John Thymes et al v. Prime, Inc. et al
Assigned to: Judge John A. Kronstadt
Referred to: Magistrate Judge Jacqueline Chooljian
Demand: $9,999,000
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 04/03/2018
Date Terminated: 07/02/2019
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**John A. Thymes** represented by **John A. Thymes**
2405 Corning Street, No.20
Los Angeles, CA 90034
562-650-5333
PRO SE

**Plaintiff**

**Luvenia Donalson** represented by **Luvenia Donalson**
2405 Corning Street, No.20
Los Angeles, CA 90034
562-650-5333
PRO SE

V.

**Defendant**

**Prime, Inc.**
*a Corporation*

represented by **Jeffrey N Leader**
Maranga Morgenstern
5850 Canoga Avenue Suite 600
Woodland Hills, CA 91367
818-587-9146
Fax: 818-587-9147
Email: jleader@marmorlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Morgenstern**
Maranga Morgenstern APLC
5850 Canoga Avenue Suite 600
Woodland Hills, CA 91367
818-587-9146
Fax: 818-587-9147
Email: bob.morgenstern@marmorlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Drennan Patton**
Maranga Morgenstern
5850 Canoga Avenue Suite 600
Woodland Hills, CA 91367
818-587-9146
Fax: 818-587-9147
*ATTORNEY TO BE NOTICED*

**Neil David Joseph**
Maranga Morgenster
5850 Canoga Avenue Suite 600
Woodland Hills, CA 91367
818-587-9146
Fax: 818-587-9147
Email: njoseph@marmorlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Low**
*an individual*

represented by **Jeffrey N Leader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Morgenstern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Drennan Patton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil David Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin French**
*an Individual*

represented by **Jeffrey N Leader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Morgenstern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Drennan Patton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil David Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raynard Gaithier**

**Defendant**

**The Rawlings Company, LLC**
*a Corporation*

represented by **Edward A Stumpp**
Hinshaw and Culbertson LLP
633 West Fifth Street 47th Floor
Los Angeles, CA 90071
213-680-2800
Fax: 213-614-7399
Email: estumpp@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C Bohner**
Hinshaw and Culbertson LLP
633 West Fifth Street 47th Floor
Los Angeles, CA 90071
213-680-2800
Fax: 213-614-7399
Email: rbohner@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kaiser Foundation Health Plan Inc.**
*a Corporation*

represented by **Edward A Stumpp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Bohner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 - 10, inclusive*

**Defendant**

**New Prime Inc**
*a Corporation dba Prime Inc. in its corporate capacity*

represented by **Jeffrey N Leader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Morgenstern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil David Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2018 | 1 | COMPLAINT against Defendants Kevin French, Raynard Gaithier, Kaiser Foundation Health Plan Inc., Robert Low, Prime, Inc., The Rawlings Company, LLC, Does 1-25. Case assigned to Judge John A. Kronstadt for all further proceedings. Discovery referred to Magistrate Judge Jacqueline Chooljian.(Filing fee $ 400 PAID.) Jury Demanded., filed by Plaintiffs John A. Thymes, Luvenia Donalson. (Attachments: # 1 Civil Cover Sheet) (lh) (Entered: 04/04/2018) |
| 04/03/2018 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Luvenia Donalson, John A. Thymes, (lh) (Entered: 04/04/2018) |
| 04/03/2018 | 3 | NOTICE OF ASSIGNMENT to District Judge John A. Kronstadt and Magistrate Judge Jacqueline Chooljian. (lh) (Entered: 04/04/2018) |
| 04/03/2018 | 4 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (lh) (Entered: 04/04/2018) |
| 04/04/2018 | 5 | 21 DAY Summons Issued re Complaint - (Discovery), 1 as to Defendants Kevin French, Raynard Gaithier, Kaiser Foundation Health Plan Inc., Robert Low, Prime, Inc., The Rawlings Company, LLC. (lh) (Entered: 04/04/2018) |
| 04/05/2018 | 6 | STANDING ORDERS FOR CIVIL CASES by Judge John A. Kronstadt. Refer to the Court's order for details. (pso) (Entered: 04/05/2018) |
| 04/05/2018 | 7 | MINUTE ORDER (IN CHAMBERS) ORDER DISMISSING DOE PARTIES 11-25 by Judge John A. Kronstadt. Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties. Accordingly, the Court hereby dismisses the action as to Doe Defendants 11 through 25. (lom) (Entered: 04/05/2018) |
| 04/05/2018 | 8 | FIRST AMENDED COMPLAINT against Plaintiff Kevin French, Raynard Gaithier, Kaiser Foundation Health Plan Inc., Robert Low, Prime, Inc., The Rawlings Company, LLC amending Complaint - (Discovery), 1 , filed by Plaintiff Luvenia Donalson, Kevin French(bp) (Entered: 04/06/2018) |
| 04/10/2018 | 9 | NOTICE TO PARTIES by U.S. Magistrate Judge Jacqueline Chooljian. Effective, April 11, 2018, Judge Chooljian will be located at the Edward R. Roybal Federal Building and U.S. Courthouse ("Roybal Building"), located at 255 East Temple Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 750 on the 7th floor of the Roybal Building. All mandatory chambers copies shall be hand delivered to the judge's mail box located outside of the Clerk's Office on the 12th floor of the Roybal Building. Paper civil and criminal documents exempted from electronic filing shall be filed in Room 180 on the Terrace Level of the Roybal Building. Magistrate Judge Chooljian's Courtroom Deputy Clerk, Kerri Hays, may be reached at (213) 894-2921. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 04/10/2018) |
| 05/03/2018 | 10 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Kevin French, Robert Low, Prime, Inc.. Motion set for hearing on 6/18/2018 at 08:30 AM before Judge John A. Kronstadt. (Attorney Hillary Drennan Patton added to party Kevin French(pty:dft), Attorney Hillary Drennan Patton added to party Robert Low(pty:dft), Attorney Hillary Drennan Patton added to party Prime, Inc.(pty:dft)) (Patton, Hillary) (Entered: 05/03/2018) |
| 05/03/2018 | 11 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Case 10 filed by Defendants Kevin French, Robert Low, Prime, Inc.. (Patton, Hillary) (Entered: 05/03/2018) |

| | | |
|---|---|---|
| 05/03/2018 | 12 | CERTIFICATE of Interested Parties filed by Defendants Kevin French, Robert Low, Prime, Inc., (Patton, Hillary) (Entered: 05/03/2018) |
| 05/04/2018 | 13 | ANSWER to Amended Complaint, 8 *and Affirmative Defenses to Plaintiffs John A. Thymes' and Luvenie Donalson's First Amended Verified Complaint* filed by Defendant The Rawlings Company, LLC.(Attorney Edward A Stumpp added to party The Rawlings Company, LLC(pty:dft))(Stumpp, Edward) (Entered: 05/04/2018) |
| 05/04/2018 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendant The Rawlings Company, LLC (Stumpp, Edward) (Entered: 05/04/2018) |
| 05/07/2018 | 15 | ANSWER to Amended Complaint, 8 *and Affirmative Defenses to Plaintiffs John A. Thymes' and Luvenie Donalson's First Amended Verified Complaint* filed by Defendant Kaiser Foundation Health Plan Inc..(Attorney Edward A Stumpp added to party Kaiser Foundation Health Plan Inc.(pty:dft))(Stumpp, Edward) (Entered: 05/07/2018) |
| 05/07/2018 | 16 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Kaiser Foundation Health Plan Inc. identifying No Parent as Corporate Parent. (Stumpp, Edward) (Entered: 05/07/2018) |
| 05/07/2018 | 17 | CERTIFICATE OF SERVICE filed by Defendant The Rawlings Company, LLC, re Answer to Complaint (Discovery), 13 served on May 4, 2018. (Stumpp, Edward) (Entered: 05/07/2018) |
| 05/07/2018 | 18 | CERTIFICATE OF SERVICE filed by Defendant The Rawlings Company, LLC, re Corporate Disclosure Statement 14 served on May 4, 2018. (Stumpp, Edward) (Entered: 05/07/2018) |
| 05/09/2018 | 19 | (IN CHAMBERS) ORDER CONTINUING DEFENDANTS' PRIME, INC., ROBERT LOW, AND KEVIN FRENCH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. 10 ) by Judge John A. Kronstadt: The Court, on its own motion, continues the Motion from June 18, 2018 to July 23, 2018 at 8:30 a.m. Any future motion that is filed shall comply with L.R. 7-4. Counsel shall refer to the Court's Standing Order with respect to the briefing schedule for motions. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 05/09/2018) |
| 05/09/2018 | 20 | (IN CHAMBERS) AMENDED ORDER CONTINUING DEFENDANTS' PRIME, INC., ROBERT LOW, AND KEVIN FRENCH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. 10 ) by Judge John A. Kronstadt: The Court, on its own motion, continues the Motion from June 18, 2018 t o July 23, 2018 at 8:30 a.m. Any future motion that is filed shall comply with L.R. 7-4. Any response to the Motion shall be filed no later than May 21, 2018, with the reply to be filed by June 4, 2018. Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service regarding such no later than May 10, 2018. 19 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 05/09/2018) |
| 05/09/2018 | 21 | ORDER SETTING RULE 16(b)/26(f) SCHEDULING CONFERENCE by Judge John A. Kronstadt. Report due by 7/13/2018., Scheduling Conference set for 7/23/2018 at 08:30 AM. (SEE ORDER FOR SPECIFICS) (bp) (Entered: 05/09/2018) |
| 05/10/2018 | 22 | DECLARATION of Mary Ann Parks re Text Only Scheduling Notice,, 20 *re Telephonic Notice to Plaintiffs* filed by Defendants Kevin French, Robert Low, Prime, Inc.. (Patton, Hillary) (Entered: 05/10/2018) |
| 05/22/2018 | 23 | (IN CHAMBERS) ORDER RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DKT. 10 ) by Judge John A. Kronstadt: Pursuant to an order issued on May 9, 2018, an opposition to Defendants' motion to dismiss (Dkt. 10 ) was to have been filed no later than May 21, 2018. Dkt. 20 . No opposition was filed. The Court directs Plaintiffs to file any opposition no later than May 23, 2018 at 5:00 p.m. If the opposition is not filed by this deadline, the Court will deem the motion unopposed and will make its determination upon the papers that have been submitted. If the opposition is filed by this deadline, any reply shall be filed no later than June 6, 2018. Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service regarding such no later than May 22, 2018 at 5:00 p.m.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jaklc5, ) TEXT ONLY ENTRY (Entered: 05/22/2018) |
| 05/22/2018 | 24 | DECLARATION of Mary Ann Parks re Text Only Scheduling Notice,,, 23 *Declaration of Telephonic Notice Given to Plaintiffs* filed by Defendants Kevin French, Robert Low, Prime, Inc.. (Patton, Hillary) (Entered: 05/22/2018) |
| 05/22/2018 | 25 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OBJECTION AND OPPOSITION TO DEFENDANTS MOTION TO DISMISS 10 filed by Plaintiff John A. Thymes. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service, # 4 Proof of Service, # 5 Proof of Service, # 6 Proof of Service)(pso) (Entered: 05/22/2018) |
| 05/22/2018 | 26 | NOTICE OF JOINDER AND JOINDER OF PLAINTIFF LUVENIA DONALSON WITH JOHN A THYMES, MEMORANDUM OF POINTS; DECLARATION OF LUVENIA 25 re 10 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (lom) (Entered: 05/23/2018) |
| 05/23/2018 | 27 | PLAINTIFFS', JOHN A. THYMES AND LUVENIA DONALSON'S NOTICE TO THE COURT AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'OPPOSITION,OBJECTION DEFENDANTSMOTION TO DISMISS PLAINTIFFSFIRST AMENDED COMPLAINT 10 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (pso) (Entered: 05/24/2018) |
| 06/06/2018 | 28 | REPLY Support NOTICE OF MOTION AND MOTION to Dismiss Case 10 filed by Defendants Kevin French, Robert Low, Prime, Inc.. (Patton, Hillary) (Entered: 06/06/2018) |

| | | |
|---|---|---|
| 06/11/2018 | 29 | PLAINTIFFS JOHN A THYMES AND LUVENIA DONALSONS RESPONSE AND OBJECTION TO DEFENDANTS NEW PRIME, INC. dba KEVIN FRENCH REPLY TO PLAINTIFFS OPPOSITION TO DISMISS FIRST AMENDED COMPLAINT 12(b)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF JOHN A THYMES AND LUVENIA DONALDSON 28 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (et) (Entered: 06/13/2018) |
| 06/11/2018 | 30 | PLAINTIFFS LUVENIA DONALDSON DECLARATION RESPONSE AND OBJECTION TO DEFENDANTS REPLY 28 filed by Plaintiff Luvenia Donalson. (et) (Entered: 06/13/2018) |
| 07/05/2018 | 31 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION RE DEFENDANT RAYNARD GAITHIER by Judge John A. Kronstadt: The Court, on its own, orders Plaintiff to show cause no later than July 19, 2018, why this Defendant should not be dismissed for lack of prosecution. (bp) (Entered: 07/06/2018) |
| 07/09/2018 | 32 | NOTICE of Appearance filed by attorney Robert C Bohner on behalf of Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC (Attorney Robert C Bohner added to party Kaiser Foundation Health Plan Inc.(pty:dft), Attorney Robert C Bohner added to party The Rawlings Company, LLC(pty:dft))(Bohner, Robert) (Entered: 07/09/2018) |
| 07/09/2018 | 33 | CERTIFICATE OF SERVICE filed by defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC, re Notice of Appearance, 32 served on July 9, 2018. (Bohner, Robert) (Entered: 07/09/2018) |
| 07/13/2018 | 34 | MINUTES (IN CHAMBERS) ORDER RE DEFENDANTS' DEFENDANTS' PRIME, INC., ROBERT LOW AND KEVIN FRENCH'S MOTION TO DISMISS 10 ; AND ORDER CONTINUING SCHEDULING CONFERENCE UNDER SUBMISSION 21 by Judge John A. Kronstadt. For the reasons stated in this Order, the Motion is GRANTED, without prejudice to the filing of an amended complaint in which a basis for federal jurisdiction is demonstrated. Any amended complaint shall allege the state of incorporation and principal place of business for each entity defendant, and shall be filed no later than July 27, 2018. The Scheduling Conference, scheduled for July 23, 2018, is CONTINUED to September 10, 2018 at 1:30 p.m.Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service by July 16, 2018. IT IS SO ORDERED. (lom) (Entered: 07/13/2018) |
| 07/13/2018 | 35 | DECLARATION of Mary Ann Parks re Order on Motion to Dismiss Case,,, 34 filed by Defendants Kevin French, Robert Low, Prime, Inc.. (Patton, Hillary) (Entered: 07/13/2018) |
| 07/18/2018 | 36 | REQUEST for Default Judgment and Entry of Default against Defendant Raynard Gaithier, filed by Plaintiffs Luvenia Donalson and John A. Thymes. (yl) (Entered: 07/23/2018) |
| 07/18/2018 | 37 | PLAINTIFF'S DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE RE: REQUEST for Default Judgment and entry of defeault against Defendant Raynard Gaithier 36 filed by Plaintiff John A. Thymes. (yl) (Entered: 07/23/2018) |
| 07/23/2018 | 38 | NOTICE OF DEFICIENCY Re: REQUEST for Default Judgment against Defendant Raynard Gaithier REQUEST for Clerk to Enter Default against Defendant Raynard Gaithier 36 . The Clerk cannot enter the requested relief as: No proof of service/waiver of service on file. (yl) (Entered: 07/23/2018) |
| 07/27/2018 | 40 | SECOND AMENDED COMPLAINT against Defendants Does, Kevin French, Raynard Gaithier, Kaiser Foundation Health Plan Inc., Robert Low, Prime, Inc., The Rawlings Company, LLC, New Prime Inc amending Amended Complaint, 8 , filed by Plaintiffs Luvenia Donalson, John A. Thymes(bp) (Entered: 08/02/2018) |
| 07/31/2018 | 39 | NOTICE of Appearance filed by attorney Neil David Joseph on behalf of Defendants Kevin French, Robert Low, Prime, Inc. (Attorney Neil David Joseph added to party Kevin French(pty:dft), Attorney Neil David Joseph added to party Robert Low(pty:dft), Attorney Neil David Joseph added to party Prime, Inc.(pty:dft))(Joseph, Neil) (Entered: 07/31/2018) |
| 08/02/2018 | 41 | (IN CHAMBERS) ORDER RE REQUEST FOR DEFAULT JUDGMENT AND ENTRY OF DEFAULT AGAINST DEFENDANT RAYNARD GAITHER (DKT. 36) by Judge John A. Kronstadt: The Request is DEFERRED. The Clerk shall review the proof of service upon its filing to determine if default can be entered. (bp) (Entered: 08/02/2018) |
| 08/08/2018 | 42 | PROOF OF SERVICE Executed by Plaintiff Luvenia Donalson, John A. Thymes, on or about April 6, 2018, on behalf of John A. Thymes and Luvenia Donalson, mailed six envelopes Certified to each Person/Party at their addresses as follows upon Defendant Kevin French at 2740 North Mayfair Avenue, Springfield, Missouri 65808-4208, served on 4/6/2018, answer due 4/27/2018; Raynard Gaithier at 2740 North Mayfair Avenue, Springfield, Missouri 65808-4208, served on 4/6/2018, answer due 4/27/2018; Kaiser Foundation Health Plan Inc., c/o Knox-Keene Health Care Service Plan Act of 1973, 2740 North Mayfair Avenue, Springfield, Missouri 65808-4208, served on 4/6/2018, answer due 4/27/2018; Robert Low at 2740 North Mayfair Avenue, Green County Sp,ringfield, Missouri 65808-4208, served on 4/6/2018, answer due 4/27/2018; Prime, Inc. at 2740 North Mayfair Avenue, Greene County, Springfield, Missouri 65808, served on 4/6/2018, answer due 4/27/2018; The Rawlings Company, LLC, at One Eden Parkway, LaGrange, Kentuky 40031-8100, served on 4/6/2018, answer due 4/27/2018. in compliance with statute not specified by method of service not specified.Original Summons NOT returned. Singed, returned receipts of certified mail not attached. (bp) (Entered: 08/09/2018) |
| 08/13/2018 | 43 | NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) filed by defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. Motion set for hearing |

| | | |
|---|---|---|
| | | on 12/10/2018 at 08:30 AM before Judge John A. Kronstadt. (Attachments: # 1 Proposed Order) (Bohner, Robert) (Entered: 08/13/2018) |
| 08/13/2018 | 44 | DECLARATION of Robert C. Bohner in support of NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bohner, Robert) (Entered: 08/13/2018) |
| 08/13/2018 | 45 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 08/13/2018) |
| 08/13/2018 | 46 | NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY filed by Defendants Kevin French, Robert Low, New Prime Inc. Motion set for hearing on 12/10/2018 at 08:30 AM before Judge John A. Kronstadt. (Attachments: # 1 Proposed Order) (Attorney Neil David Joseph added to party New Prime Inc(pty:dft)) (Joseph, Neil) (Entered: 08/13/2018) |
| 08/13/2018 | 47 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY 46 filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 08/13/2018) |
| 08/13/2018 | 48 | ANSWER to Amended Complaint, 40 with JURY DEMAND filed by Defendants Kevin French, Robert Low, New Prime Inc.(Joseph, Neil) (Entered: 08/13/2018) |
| 08/13/2018 | 49 | ANSWER to Amended Complaint, 40 *and Affirmative Defenses to Plaintiffs John A. Thymes' and Luvenia Donalson's Second Amended Verified Complaint* filed by Defendant Kaiser Foundation Health Plan Inc..(Bohner, Robert) (Entered: 08/13/2018) |
| 08/13/2018 | 50 | ANSWER to Amended Complaint, 40 *and Affirmative Defenses to Plaintiffs John A. Thymes' and Luvenia Donalson's Second Amended Verified Complaint* filed by Defendant The Rawlings Company, LLC.(Bohner, Robert) (Entered: 08/13/2018) |
| 08/14/2018 | 51 | (IN CHAMBERS) ORDER CONTINUING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (DKT. 43 46 ) by Judge John A Kronstadt: The Court, on its own motion, continues the Motions from December 10, 2018 to December 17, 2018 at 8:30 a.m. Plaintiffs shall file a response to the Motions by September 5, 2018, with the reply(ies) to be filed by September 26, 2018. The Motions will be advanced if an earlier date becomes available on the Court's calendar. Defense counsel shall give Plaintiffs telephonic notice of this Order and file a proof of service by August 15, 2018. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 08/14/2018) |
| 08/15/2018 | 52 | DECLARATION of Robert C. Bohner re Text Only Scheduling Notice,, 51 , NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 *Re: Telephonic Notice to Pro Per Plaintiffs of Court Order Issued August 14, 2018 Continuing Defendants' Motion to Dismiss and Setting Briefing Schedule* filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 08/15/2018) |
| 08/15/2018 | 53 | DECLARATION of NEIL D. JOSEPH *REGARDING NOTICE OF CONTINUANCE OF MOTIONS TO DISMISS SECOND AMENDED COMPLAINT* filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 08/15/2018) |
| 08/17/2018 | 54 | PLAINTIFFS' REQUEST TO ENTER CLERK'S DEFAULT AND DEFAULT JUDGMENT AGAINST RAYNARD GATHIER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY filed by Plaintiffs Luvenia Donalson, John A. Thymes. (bp) (Entered: 08/22/2018) |
| 08/22/2018 | 55 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant Raynard Gaithier 54 . The Clerk cannot enter the requested relief as: Request for Entry of Default has been forwarded to the assigned Judge. The Minute Order dated 8/2/18 docket entry #41 instructs Plaintiffs to file a proof of service using the Court's Form CV-001 (POS-010), which indicates proper service in full compliance with the federal rules. The proof of service has not been filed. Default against this defendant has not been entered.. (bp) (Entered: 08/22/2018) |
| 08/27/2018 | 56 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4 days, filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC.. (Bohner, Robert) (Entered: 08/27/2018) |
| 08/29/2018 | 57 | NOTICE OF ERRATA RE JOINT SCHEDULING CONFERENCE REPORT filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 08/29/2018) |
| 09/04/2018 | 58 | (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION AND TO CONTINUE SCHEDULING CONFERENCE by Judge John A. Kronstadt: Because the issue of jurisdiction is pending, the Scheduling Conference currently set for September 10, 2018 is VACATED. Upon a determination that there is subject matter jurisdiction with respect to the claims alleged in the SAC, the Scheduling Conference will be reset. Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service by September 5, 2018. (SEE CIVIL MINUTES FOR FURTHER SPECIFICS) (bp) (Entered: 09/04/2018) |

| | | |
|---|---|---|
| 09/04/2018 | 61 | REPLY AND OBJECTION TO DEFENDANT KAISER FOUNDATION HEALTH PLANS'S AND THEIR ATTORNEYS' UNVERIFIED AND UNSUPPORTED ANWER filed by Plaintiffs Luvenia Donalson, John A. Thymes re Answer to Complaint (Discovery) 49 . (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 62 | REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF ATTACHED EXHIBITS UNDER EVIDENCE CODE 201 IN SUPPORT OF PLAINTIFFS' RESPONSE AND OBJECTIONS TO DEFENDANTS THE RAWLINGS COMPANY AND KAISER FOUNDATION HEALTH PLANS'S NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (Attachments: # 1 Proposed Order)(mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 63 | REPLY AND OBJECTION TO DEFENDANT THE RAWLINGS COMPANY'S AND THEIR ATTORNEYS' UNVERIFIED AND UNSUPPORTED ANSWER TO PLAINTIFFS' SECOND AMENDED VERIFIED COMPLAINT filed by Plaintiffs Luvenia Donalson, John A. Thymes to Answer to Complaint (Discovery) 50 . (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 64 | RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS NEW PRIME INC., ROBERT LOW, AND KEVIN FRENCH'S NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY 46 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 65 | RESPONSE AND OBJECTION OF ALL DEFENDANTS NEW PRIME INC., ROBERT LOW, AND KEVIN FRENCH AND THEIR ATTORNEYS' UNVERIFIED AND UNSUPPORTED NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY 46 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 66 | NOTICE OF MOTION AND MOTION FOR ORDER TO ISSUE ARREST WARRANTS AGAINST ROBERT LOW, KEVIN FRENCH AND RAYNARD GAITHIER FOR HIT AND RUN ON 10-10-2016 filed by plaintiffs Luvenia Donalson, John A. Thymes. Motion set for hearing on 12/10/2018 at 08:30 AM before Judge John A. Kronstadt. (Attachments: # 1 Proposed Order) (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 67 | REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF ATTACHED EXHIBITS UNDER EVIDENCE CODE 201 IN SUPPORT OF PLAINTIFFS' RESPONSE AD OBJECTION TO DEFENDANTS NEW PRIME INC., ROBERT LOW, AND KEVIN FRENCH'S NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY 46 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 68 | REPLY AND OBJECTION TO DEFENDANTS' NEW PRIME INC., ROBERT LOW, AND KEVIN FRENCH'S AND THEIR ATTORNEYS' UNVERIFIED AND UNSUPPORTED ANSWER TO PLAINTIFFS' SECOND AMENDED VERIFIED COMPLAINT filed by Plaintiffs Luvenia Donalson, John A. Thymes to Answer to Complaint (Discovery) 48 (mrgo) (Entered: 09/05/2018) |
| 09/04/2018 | 69 | OBJECTION TO [PROPOSED] ORDER GRANTING DEFENDANTS THE RAWLINGS COMPANY LLC'S AND KAISER FOUNDATION HEALTH PLAN INC'S NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 filed by Plaintiffs Luvenia Donalson, John A. Thymes. (mrgo) (Entered: 09/05/2018) |
| 09/05/2018 | 59 | DECLARATION of NEIL D. JOSEPH re Minutes of In Chambers Order/Directive - no proceeding held,,, Terminate Deadlines and Hearings,, 58 filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 09/05/2018) |
| 09/05/2018 | 60 | DECLARATION of Robert C. Bohner re Minutes of In Chambers Order/Directive - no proceeding held,,, Terminate Deadlines and Hearings,, 58 filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 09/05/2018) |
| 09/11/2018 | 70 | NOTICE New Prime Inc. *NOTICE OF ERRATA RE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS NEW PRIME, INC.'S ROBERT LOW'S AND KEVIN FRENCH'S MOTION TO DISMISS FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT [F.R.C.P. 12(b)(6)] AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY [F.R.C.P.12 (b)(1)]* (Joseph, Neil) (Entered: 09/11/2018) |
| 09/19/2018 | 71 | BRIEF filed by Plaintiffs Luvenia Donalson and John A. Thymes. (yl) (Entered: 09/24/2018) |
| 09/24/2018 | 72 | REPLY in support of motion NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint Pursuant to FRCP Rules 12(B)(1) and 12(B)(6) 43 filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 09/24/2018) |
| 09/25/2018 | 73 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Dismiss FIFTH CAUSE OF ACTION OF SECOND AMENDED COMPLAINT AND TO DISMISS SECOND AMENDED COMPLAINT IN ITS ENTIRETY 46 ; *DECLARATION OF NEIL D. JOSEPH* filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 09/25/2018) |

| | | |
|---|---|---|
| 09/26/2018 | 74 | RESPONSE filed by Defendants Kevin French, Robert Low, New Prime Incto Brief (non-motion non-appeal) 71 *ON THE ISSUE OF JURISDICTION* (Joseph, Neil) (Entered: 09/26/2018) |
| 10/16/2018 | 75 | OPPOSITION AND REQUEST FOR SANCTIONS TO re: NOTICE OF MOTION AND MOTION for Issuance of WARRANTS 66 filed by Defendant New Prime Inc. (Joseph, Neil) (Entered: 10/16/2018) |
| 10/24/2018 | 76 | PLAINTIFF'S REPLY TO DEFENDANTS NEW PRIME INC. DBA PRIME, INC. ROBERT LOW AND KEVIN FRENCH'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ISSUE ARREST WARRANTS AGAINST ROBERT LOW, KEVIN FRENCH AND RAYNARD GAITHEIR AND REQUEST FOR SANCTIONS 66 filed by Plaintiff John A. Thymes. (et) (Entered: 10/26/2018) |
| 10/24/2018 | 77 | PROOF OF SERVICE Executed by Plaintiff Luvenia Donalson, John A. Thymes, upon Defendant Reynard Gaithier, in his individual and official capacity, served by first class mail on 7/27/18. (bp) (Entered: 10/29/2018) |
| 11/28/2018 | 78 | [STRICKEN PER DKT. 79 ] (IN CHAMBERS) ORDER TAKING DEFENDANTS' MOTIONS TO DISMISS (DKTS. 43 , 46 ) AND PLAINTIFFS' MOTION FOR ORDER TO ISSUE ARREST WARRANTS (DKT. 66 ) UNDER SUBMISSION AND TAKING DECEMBER 17, 2018 HEARING OFF CALENDAR by Judge John A. Kronstadt: The motions, previously set for hearing on December 17, 2018, are taken under submission and taken off the Court's motion calendar. No appearance by Plaintiffs or by Defense counsel is necessary. Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service byNovember 30, 2018. (ake) Modified on 11/28/2018 (ake). (Entered: 11/28/2018) |
| 11/28/2018 | 79 | NOTICE OF CLERICAL ERROR: Due to clerical error, the incorrect Order was inadvertently uploaded to the docket. Accordingly, the Order at Dkt. 78 is STRICKEN. The correct Order will be issued. (ake) (Entered: 11/28/2018) |
| 11/28/2018 | 80 | (IN CHAMBERS) ORDER TAKING DEFENDANTS' MOTIONS TO DISMISS (DKTS. 43 , 46 ) AND PLAINTIFFS' MOTION FOR ORDER TO ISSUE ARREST WARRANTS (DKT. 66 ) UNDER SUBMISSION AND TAKING DECEMBER 17, 2018 HEARING OFF CALENDAR by Judge John A. Kronstadt: The motions, previously set for hearing on December 17, 2018, are taken under submission and taken off the Court's motion calendar. No appearance by Plaintiffs or by Defense counsel is necessary. Defense counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service byNovember 30, 2018. (ake) (Entered: 11/28/2018) |
| 11/30/2018 | 81 | DECLARATION of Robert C. Bohner re Minutes of In Chambers Order/Directive - no proceeding held,, 80 *of Telephonic Notice of Court Order Issued November 28, 2018 Taking December 17, 2018 Defendants' Motions to Dismiss and Plaintiffs' Motion for Order to Issue Arrest Warrants Off Calendar* filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 11/30/2018) |
| 11/30/2018 | 82 | NOTICE filed by Defendant New Prime Inc. *Declaration of Neil D. Joseph Re Notice to Plaintiffs Of In Chambers Order/Directive* (Joseph, Neil) (Entered: 11/30/2018) |
| 04/02/2019 | 83 | (IN CHAMBERS) ORDER RE NOTICE OF AMENDED STANDING ORDER by Judge John A. Kronstadt: Counsel are advised that on March 25, 2019, the Court amended its Consolidated Standing Order. Counsel shall refer to this Court's Procedures and Schedules found on the website for the United States District Court (http://www.cacd.uscourts.gov/honorable-john-kronstadt) to obtain a copy of the Order. The March 25, 2019 version of the Consolidated Standing Order is effective in this action immediately. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 04/02/2019) |
| 04/02/2019 | 84 | Notice of Electronic Filing re Text Only Scheduling Notice,, 83 e-mailed to Hillary Patton, hpatton@marmorlaw.com bounced due to 5.1.0 - Unknown address error. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lmh) TEXT ONLY ENTRY (Entered: 04/02/2019) |
| 06/04/2019 | 85 | (IN CHAMBERS) ORDER RE DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT (DKTS. 43 , 46 ); PLAINTIFFS' REQUEST TO ENTER DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT RAYNARD GAITHIER (DKT. 36 ); PLAINTIFFS' "MOTION FOR ORDER TO ISSUE ARREST WARRANTS AGAINST ROBERT LOW, KEVIN FRENCH AND RAYNARD GAITHIER" (DKT. 66 ) by Judge John A. Kronstadt: For the reasons stated in this Order, the Motion is GRANTED, for lack of subject matter jurisdiction. Plaintiffs' "Request to Enter Default and Default Judgment Against Defendant Raynard Gathier" (Dkt. 36 ) and Plaintiffs' "Motion for Order to Issue Arrest Warrants Against Robert Low, Kevin French and Raynard Gaithier" (Dkt. 66 ) are MOOT. Defendants' counsel and Plaintiffs shall meet and confer in an effort to agree on a form of judgment. On or before June 18, 2019, Defendants shall lodge a proposed judgment. The notice of lodging shall state whether the form of judgment is agreed upon or whether Plaintiffs will be filing any objections in accordance with the Local Rules on or before June 25, 2019. Defendants' counsel shall give telephonic notice of this Order to Plaintiffs and file a proof of service no later than June 7, 2019. (ake) (Entered: 06/04/2019) |
| 06/06/2019 | 86 | PROOF OF SERVICE OF CIVIL MINUTES filed by Defendant New Prime Inc re: Order on Motion for Default Judgment,,,,,, Order on Motion to Dismiss,,,,,,,,,,, Order on Motion for Issuance,,,,, 85 (Joseph, Neil) (Entered: 06/06/2019) |
| 06/07/2019 | 87 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document 86 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Civil Events - select - Service |

| | | |
|---|---|---|
| | | Documents - select - Service of Subsequent Documents - select - Proof of Service - Attach your Proof of Service. The attachment of the actual document served is optional). Title page is missing. Other error(s) with document(s): The Proof of Service Caption page is missing. The attached document is the minute order of June 4, 2019. THE DOCUMENT IS ACCEPTED AS FILED. COUNSEL SHALL TAKE NOTICE OF THE CM/ECF PROCEDURES. ANY FUTURE DOCUMENTS WILL BE STRICKEN FOR FAILURE TO FOLLOW THE PROCEDURES. (shb) (Entered: 06/07/2019) |
| 06/07/2019 | 88 | DECLARATION of Robert C. Bohner re Order on Motion for Default Judgment,,,,,, Order on Motion to Dismiss,,,,,,,,,,, Order on Motion for Issuance,,,,, 85 *Re Telephonic Notice of Court Order* filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 06/07/2019) |
| 06/10/2019 | 89 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: Miscellaneous Document 86 by Clerk of Court. The title of the document and docket text do not match. The document is the Court's Order at Dkt. 85 but is e-filed as a Proof of service. Accordingly, the document is stricken. Defendants shall file a proof of service consistent with the Court's June 4, 2019 Order (Dkt. 85) no later than June 11, 2019. (shb) (Entered: 06/10/2019) |
| 06/11/2019 | 90 | DECLARATION of NEIL D. JOSEPH re Order on Motion for Default Judgment,,,,,, Order on Motion to Dismiss,,,,,,,,,,, Order on Motion for Issuance,,,,, 85 *Re Telephonic Notice of Court Order* filed by Defendants Kevin French, Robert Low, New Prime Inc. (Joseph, Neil) (Entered: 06/11/2019) |
| 06/14/2019 | 91 | PLAINTIFF JOHN A. THYMES AND LUVENIA DONALSON'S MOTION FOR CLARIFICATION OF THE IN CHAMBERS ORDER DATED JUNE 4, 2019, EXHIBIT A, B AND CLARIFICATION ON EXHIBITS C, D, AND E filed by Plaintiffs Luvenia Donalson, John A. Thymes. (shb) (Entered: 06/18/2019) |
| 06/18/2019 | 92 | NOTICE OF LODGING filed *re June 4, 2019 In Chambers Order* re Order on Motion for Default Judgment,,,,,, Order on Motion to Dismiss,,,,,,,,,,, Order on Motion for Issuance,,,,, 85 (Attachments: # 1 Proposed Judgment)(Bohner, Robert) (Entered: 06/18/2019) |
| 06/21/2019 | 93 | (IN CHAMBERS) ORDER RE MOTION FOR CLARIFICATION OF THE IN CHAMBERS ORDER DATED JUNE 4, 2019 EXHIBIT A AND B; CLARIFICATION ON EXHIBITS C, D AND E (DKT. 91) by Judge John A. Kronstadt: The Court is not in a position to provide such guidance to Plaintiffs, and therefore the Motion (Dkt. 91) is DENIED. See order for details. (shb) (Entered: 06/21/2019) |
| 06/24/2019 | 94 | PLAINTIFFS JOHN A. THYMES AND LUVENIA DONALSON'S OBJECTION TO [PROPOSED] JUDGMENT filed by Plaintiffs Luvenia Donalson, John A. Thymes. (Attachments: # 1 Proposed Order)(shb) (Entered: 06/25/2019) |
| 06/24/2019 | 95 | PLAINTIFFS JOHN A. THYMES AND LUVENIA DONALSON'S OBJECTION TO NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN FAVOR OF NEW PRIME INC. DBA PRIME INC., ROBERT LOW, KEVIN FRENCH, THE RAWLINGS COMPANY, LLC AND KAISER FOUNDATION HEALTH PLAN filed by Plaintiffs Luvenia Donalson, John A. Thymes. (shb) (Entered: 06/25/2019) |
| 07/02/2019 | 96 | JUDGMENT by Judge John A. Kronstadt. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants, New Prime, Inc., dba Prime, Inc., Robert Low, Kevin French, The Rawlings Company, LLC and Kaiser Foundation Health Plan, Inc and against plaintiffs, John A. Thymes and Luvenia Donalson, that plaintiffs John A. Thymes and Luvenia Donalson recover nothing on their second amended complaint in this action, that the action be dismissed without prejudice, and that defendants New Prime, Inc., dba Prime, Inc., Robert Low, Kevin French, The Rawlings Company, LLC and Kaiser Foundation Health Plan, Inc. may apply to seek an award of costs against plaintiffs pursuant to 28 U.S.C. Section 1919. (MD JS-6, Case Terminated). (shb) (Entered: 07/02/2019) |
| 07/30/2019 | 97 | [STRICKEN PER ORDER DATED ON 7/31/2019, SEE DOCKET ENTRY NO. 98 ] - MOTION for Summary Judgment; Memorandum of Points and Authorities FRCP Rules 56(a, b, c), 7(a), 8(b)(6), 12(a)(1)(A); Declaration of John A thymes Title 28 USC 1746; Declaration of Luvenia Donalson Title 28 USC 1746 filed by plaintiffs Luvenia Donalson, John A. Thymes. (Attachments: # 1 Proposed Order). (jp) Modified on 7/31/2019 (jp). (Entered: 07/30/2019) |
| 07/31/2019 | 98 | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS by Judge John A. Kronstadt: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: MOTION for Summary Judgment 97 , for the following reasons: Judgment was entered in this case on July 2, 2019. Dkt. 97. Accordingly, the case is closed. The Motion for Summary Judgment (Dkt. 97) is stricken. Plaintiffs will need to seek leave from the Court to reopen the case and file any motions. (jp) (Entered: 07/31/2019) |
| 07/31/2019 | 99 | MOTION for Relief from Judgment Rule 60(a), (b)(3)(4) for Extensive Fraud, Misrepresentation, and Misconduct by Opposing Parties Rule 60(b)(4) the Judgment is Void filed by plaintiffs Luvenia Donalson, John A. Thymes. Motion set for hearing on 8/21/2019 at 08:30 AM before Judge John A. Kronstadt. (jp) (Entered: 08/02/2019) |
| 08/05/2019 | 100 | (IN CHAMBERS) ORDER RE PLAINTIFFS MOTION FOR RELIEF FROM JUDGMENT FOR EXTENSIVE FRAUD, MISREPRESENTATION, AND MISCONDUCT BY OPPOSING PARTIES (DKT. 99 ) by Judge John A. Kronstadt: Plaintiffs have not presented any other meritorious bases for the relief they seek. For these reasons, the Motion is DENIED. Accordingly, the 8/21/2019 hearing is taken off calendar. Plaintiffs are again advised of the availability of the Pro Se Clinic to assist self-represented parties in civil litigation. The Clinic has offices in Los Angeles, Riverside and Santa Ana. More information about the Clinic is available on the Court's website at the following address: http://prose.cacd.uscourts.gov. Counsel for Defendants shall promptly provide Plaintiffs with notice |

| | | |
|---|---|---|
| | | of this Order telephonically and then file a corresponding proof of service by 8/7/2019. (jp) (Entered: 08/05/2019) |
| 08/06/2019 | 101 | DECLARATION of Robert C. Bohner re Order on Motion for Relief,,, 100 *Telephone Notice of Court Order Issued August 5, 2019 Denying Plaintiffs' Motion for Relief from Judgment for Extensive Fraud, Misrepresentation, and Misconduct by Opposing Parties (DKT 99)* filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 08/06/2019) |
| 08/30/2019 | 102 | REQUEST Leave of the Court to Reopen Case that Was Closed on 07/02/2019 by a Magistrate and Motion to Vacate Magistrate Judgment Enter on 07/02/2019; (2) MOTION to Enter Judgment against Defendants in Plaintiffs' Favor; Memorandum of Points and Authorities FRCP Rule 4(h)(1)(A)(B) filed by plaintiff John A. Thymes. (Attachments: # 1 Proposed Order, # 2 Proposed Judgment) (jp) (Entered: 08/30/2019) |
| 09/05/2019 | 103 | OPPOSITION to REQUEST to Reopen Case REQUEST for Order 102 *DEFENDANTS NEW PRIME, INC. DBA PRIME, INC., ROGBERT LOW AND KEVIN FRENCH'S OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN CASE AND ENTER JUDGMENT AGAINST DEFENDANTS* filed by Defendant New Prime Inc. (Joseph, Neil) (Entered: 09/05/2019) |
| 09/05/2019 | 104 | (IN CHAMBERS) ORDER RE PLAINTIFFS' REQUEST FOR LEAVE OF COURT TO REOPEN CASE, MOTION TO VACATE JUDGMENT, AND MOTION TO ENTER JUDGMENT AGAINST DEFENDANTS (DKT. 102 ) by Judge John A. Kronstadt: Plaintiffs have submitted this request to reopen this action, but have not presented any meritorious basis for such an order. This action was previously dismissed for lack of subject matter jurisdiction, and a final judgment was entered on July 2, 2019. Dkt. 96 . Thereafter, Plaintiffs sought relief through a request under Fed. R. Civ. P. 60(b), which also lacked merit and was denied on August 5, 2019. Dkt. 100 . The present request in effect seeks reconsideration of that order, without satisfying the requirements of Local Rule 7.18. For these reasons, the Plaintiffs' request and motions are DENIED. Should Plaintiffs continue to present issues that both lack merit and have been addressed, sanctions may be imposed. Counsel for Defendants shall promptly provide Plaintiffs with notice of this Order telephonically and then file a corresponding proof of service on or before September 7, 2019. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (yh) TEXT ONLY ENTRY (Entered: 09/05/2019) |
| 09/06/2019 | 105 | NOTICE DECLARATION OF NEIL D. JOSEPH RE TELEPHONIC NOTICE TO PLAINTIFFS OF COURT'S SEPTEMBER 5, 2019 ORDER DENYING PLAINTIFFS' REQUEST TO REOPEN CASE, MOTION TO VACATE JUDGMENT AND MOTION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS filed by Defendant New Prime Inc. (Joseph, Neil) (Entered: 09/06/2019) |
| 09/06/2019 | 106 | DECLARATION of Robert C. Bohner re Text Only Scheduling Notice,,,, 104 *re Telephonic Notice of Court Order Issued September 5, 2019 (DKT 104) Denying Plaintiffs' Requet for Leave of Court to Reopen Case, Motion to Vacate Judgment, and Motion to Enter Judgment Against Defendants (Dkt 102)* filed by Defendants Kaiser Foundation Health Plan Inc., The Rawlings Company, LLC. (Bohner, Robert) (Entered: 09/06/2019) |

# PROOF OF SERVICE

I, William Maybry, hereby declare that I am over the age of 18 years and not a party to the within entitled cause of action; and that on 9-30-2019, 2019 I did serve:

REQUEST TO REOPEN CASE

in the following manner:

______ by personal service.

__X__ by first class United States Mail, post paid certified, in a sealed envelope.

______ by phone communications transmission [FAX] a total of _____ pages.

SERVICE LIST

Envelope(s) enclosed and mailed said documents in were addressed as follows:

MARANGA MORGENSTERN
Robert Morgenstern, Jeffrey N. Leader
Hillary D. Patton, Neil Joseph
Representing New Prime Inc. DBA Prime Inc., Robert Low, Kevin French
5850 Canoga Ave., Ste. 600
Woodland Hills, Calif. 91367
Ph. (818) 587-9146
Email: njoseph@marmorlaw.com

Edward A. Stumpp, Robert C. Bohner
HINSHAW & CULBERTSON LLP
Representing Kaiser Foundation Health Plan, Inc, and The Rawlings Company
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Ph. (213) 680-2800
Email estumpp@hinshawlaw.com
Email rbohner@hinshawlaw.com

Further, I declare under penalty of perjury that the foregoing is true and correct and that these documents were executed and mailed as above described within California on

Date: 9-30-2019

William Mabry
Declarant