UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN A. THYMES; LUVENIA DONALSON,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>PRIME, INC., a Corporation; et al.,<br><br>Defendants-Appellees. | No. 19-56159<br><br>D.C. No. 2:18-cv-02725-JAK-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: CANBY, GOULD, and WATFORD, Circuit Judges.

Upon a review of the record and the responses to the court's December 6, 2019 order, we conclude this appeal is frivolous. We therefore deny appellants' motions to proceed in forma pauperis (Docket Entry Nos. 3 and 5), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

**DISMISSED**.

LCC/MOATT